UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00283-MOC

| | | |
|---|---|---|
| **JOSEPH BERNARD TATE,** | ) | |
| Petitioner, | ) | |
| Vs. | ) | ORDER |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on the government's Motion to Hold Case in Abeyance. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Hold Case in Abeyance (#3) is **GRANTED**, and the government's deadline for response is reset for 45 days from issuance of the decision of the Court of Appeals for the Fourth Circuit in <u>United States v. Miller</u>, No. 13-6254.

Signed: July 2, 2013

Max O. Cogburn Jr.
United States District Judge